**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-292-RJC**

| | |
|---|---|
| LLOYD DONNELLWASHINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FNU LAMBERT, et al. ) | |
| ) | |
| Defendants. ) | |

THIS MATTER is before the Court on Plaintiff's Motion for Entry of Default, (Doc. No. 22), based on his contention that Defendants have not filed an Answer to the Complaint. The motion will be denied, as Defendants timely filed an Answer on January 17, 2013, (Doc. No. 20).

Signed: July 9, 2013

Robert J. Conrad, Jr.
United States District Judge